PROB 12C
(6/16)

Report Date: May 31, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Ray Flores     Case Number: 0980 2:16CR00090-WFN-1

Address of Offender:                  Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 8, 2016

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 24 months; TSR - 36 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Scott T. Jones        Date Supervision Commenced: April 11, 2018

Defense Attorney:        Andrea K. George      Date Supervision Expires: April 10, 2021

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 23, 2018, Cody Ray Flores failed to report for urine drug testing as directed.<br><br>On April 13, 2018, the undersigned met with Mr. Flores and reviewed the conditions imposed by the Court. Mr. Flores signed a copy of the judgement indicating he had reviewed the conditions and received a copy. |
| 2 | **Standard Condition # 13**: You must follow the instructions of the probation office related to the conditions of supervision.<br><br>**Supporting Evidence**: On May 24, 2018, Cody Ray Flores failed to report as directed to the U.S. Probation Office. |

Prob12C
Re: Flores, Cody Ray
May 31, 2018
Page 2

On April 13, 2018, the undersigned met with Mr. Flores and reviewed the conditions imposed by the Court. Mr. Flores signed a copy of the judgement indicating he had reviewed the conditions and received a copy.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/31/2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/31/18
Date