PROB 12C
(6/16)

Report Date: December 7, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 10 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cody Ray Flores | Case Number: 0980 2:16CR00090-WFN-1 |
| Address of Offender: | Moses Lake, Washington 98837 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 8, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 2, 2018) | Prison - 4 Months; TSR - 32 Months | |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: November 16, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 15, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 28, 2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

   4        **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug testes thereafter, as determined by the Court.

            **Supporting Evidence**: Mr. Flores is alleged to have violated mandatory condition number 3 by using methamphetamine and heroin on or about November 29, 2018, based on his verbal admission of use.

            On November 19, 2018, supervised release conditions were reviewed and signed by Mr. acknowledging his understanding of mandatory condition number 3.

            On November 30, 2018, Mr. Flores reported to the probation office and admitted to using methamphetamine and heroin on November 29, 2018. Mr. Flores reviewed and signed a drug use admission form acknowledging his use of the controlled substances.

Prob12C
**Re: Flores, Cody Ray**
**December 7, 2018**
**Page 2**

| | | |
|---|---|---|
| 5 | | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Flores is alleged to have violated special condition number 3 by failing to submit to a drug screen on December 4, 2018.

On November 19, 2018, supervised release conditions were reviewed and signed by Mr. Flores acknowledging his understanding of special condition number 3.

On November 30, 2018, Mr. Flores was instructed to be prepared to submit to a drug screen on December 4, 2018 during a scheduled home visit. On December 4, 2018, Mr. Flores failed to meet with the undersigned at his listed residence as directed and failed to provide a urinalysis test.

| | | |
|---|---|---|
| 6 | | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: Mr. Flores is alleged to have violated standard condition number 13 by failing to remain at his residence as instructed for a home inspection on December 4, 2018.

On November 19, 2018, supervised release conditions were reviewed and signed by Mr. Flores acknowledging his understanding of standard condition number 13.

On November 30, 2018, Mr. Flores reported to the probation office for an intake appointment. He was advised a home inspection would be conducted on December 4, 2018, during the early afternoon hours and was directed to be home at that time. The morning of December 4, 2018, this officer exchanged text messages reminding Mr. Flores to be home as scheduled. This officer met with a family member at Mr. Flores' reported residence but was advised Mr. Flores has not returned home since leaving the residence on or about December 1, 2018. Mr. Flores failed to remain at his residence for the home inspection as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 7, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
Re: Flores, Cody Ray
December 7, 2018
Page 3

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/10/18
_____
Date